**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**THOMAS ZANGARI,**

      **Plaintiff,**

**v.**                                     **Case No. 1:25-cv-84-AW-ZCB**

**JOHN DOE,**

      **Defendant.**

_____/

## ORDER OF DISMISSAL

Thomas Zangari submitted a blank pro-se § 1983 complaint form, along with an incomprehensible partially handwritten note. ECF No. 1. The clerk docketed it as a complaint against a John Doe defendant. The magistrate judge recommended dismissal because Plaintiff did not supply any mailing address. ECF No. 4. Plaintiff then filed a "motion and ruling and order to vacate the report and recommendation." ECF No. 5.

Under this court's rules, a Plaintiff filing a civil case must simultaneously either pay the filing fee or file a motion for leave to proceed *in forma pauperis*. N.D. Fla. Loc. R. 5.3. Plaintiff did not pay the filing fee. And although he submitted a blank IFP motion form and a handwritten letter saying "do intent to pay," ECF No. 2, he has not filed any proper IFP application or financial affidavit. On this basis, I will dismiss the case without prejudice to a new lawsuit that complies with the rules. (If Plaintiff elects to refile a civil-rights case, he should also comply with court rules

1

requiring pro se complaints to be on court-approved forms. *See* N.D. Fla. Loc. R. 5.7(A) ("The Court need not—and ordinarily will not—consider a petition, motion, or complaint that is not filed on the proper form.").

The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to pay the filing fee or move for leave to proceed *in forma pauperis*." The clerk will then close the file.

SO ORDERED on April 9, 2025.

s/ *Allen Winsor*
United States District Judge